UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40833
_____


ANTHONY L. JONES,

Plaintiff-Appellant,

versus

GREG FOUNTAIN,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
Civil Docket #1:98-CV-1720
_____

May 18, 2001

Before JONES, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Anthony L. Jones appeals the district court's summary-judgment dismissal of his 42 U.S.C. § 1983 complaint, specifically the dismissal of his claim of malicious prosecution.[1]

This court has carefully considered the appeal in light of the briefs and pertinent portions of the record. Having done

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1]He has waived any argument that the district court erred in dismissing his false-arrest claim by failing to brief it. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1983).

so, we find no reversible error of law or fact in the trial court's grant of summary judgment based on qualified immunity.

AFFIRMED.